UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1702
_____

COMMONWEALTH OF PENNSYLVANIA

v.

URVE MAGGITTI,
                        Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal No. 2:24-cr-00144-001)
District Judge: Hon. Nitza I. Quiñones Alejandro

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
February 3, 2025

Before: RESTREPO, MONTGOMERY-REEVES, SCIRICA, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Eastern District of Pennsylvania and was submitted on February 3, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's Order entered on April 16, 2024, is hereby **AFFIRMED**.  Costs shall be taxed against Appellant.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 20, 2025

**Certified as a true copy and issued in lieu of a formal mandate on** April 11, 2025

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2